UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GOLDEN PRESIDENT SHIPPING CORPORATION,

                Plaintiff,

    - against -

BOCIMAR NV
and BOCIMAR INTERNATIONAL NV
a/k/a BOCIMAR INTERNATIONAL,

                Defendants.
----------------------------------------------------------------X

08 Civ. 3490 (DLC)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

## ORDER TO UNSEAL CASE

This Court ordered on April 10, 2008, pursuant to Plaintiff's motion that this case be temporarily sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
       April ___, 2008

SO ORDERED

_____
Hon. Denise L. Cote
United States District Judge

May 5, 2008