UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GOLDEN PRESIDENT SHIPPING CORPORATION,   :
                                          :
                    Plaintiff,            :    08 Civ. _____
                                          :
    - against -                           :    ECF CASE
                                          :
BOCIMAR NV,                               :
                                          :
                    Defendant.            :
------------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: April 10, 2008
       Southport, CT

                            The Plaintiff,
                            GOLDEN PRESIDENT SHIPPING
                            CORPORATION

                            By: _____
                            Patrick F. Lennon
                            Nancy R. Peterson
                            LENNON, MURPHY & LENNON, LLC
                            The Gray Bar Building
                            420 Lexington Ave., Suite 300
                            New York, NY 10170
                            (212) 490-6050
                            facsimile (212) 490-6070
                            pfl@lenmur.com
                            nrp@lenmur.com