UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GOLDEN PRESIDENT SHIPPING CORPORATION,  :   08 CIV. 3490 (DLC)
                                        :
                Plaintiff,              :   ORDER
                                        :
        -v-                             :
                                        :
BOCIMAR NV and BOCIMAR INTERNATIONAL NV :
a/k/a BOCIMAR INTERNATIONAL,            :
                                        :
                Defendants.             :
                                        :
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

DENISE COTE, District Judge:

   As set forth in a telephone conference with Chambers today, it is hereby

   ORDERED that the defendant's motion for counter-security is due by May 12, 2008.  Plaintiff's opposition is due by May 16.  Any reply is due by May 20.

   IT IS FURTHER ORDERED that at the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.


SO ORDERED:
Dated:   New York, New York
         May 6, 2008

                                    _____
                                            DENISE COTE
                                    United States District Judge