AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

GOLDEN PRESIDENT SHIPPING

v.

BOCIMAR, NV et al

APPEARANCE

Case Number: 08-cv-03490 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure

I certify that I am admitted to practice in this court.

May 8, 2008
Date

*(signature)*
Signature

Simon Harter          SH-8540
Print Name            Bar Number

304 Park Avenue South - 11th Floor
Address

New York        NY        10010
City            State     Zip Code

(212) 979-0250          (212) 979-0251
Phone Number            Fax Number